

JS-6

*FILED FEB - 4 2011 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Darryl Oak,<br><br>          Petitioner,<br><br>   v.<br><br>United States of America,<br><br>          Respondent. | Case No. **CV 10-9289-JFW**<br>**[CR 97-1058-JFW]**<br><br>**JUDGMENT** |

    Pursuant to this Court's February 4, 2011 Order denying Petitioner Lance Darryl Oak's Motion to Vacate, Set Aside, Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: February 4, 2011

                                        JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE